*hill,* First Assistant Attorney General, and *Frank Lake,* Assistant Attorney General, for respondent.

No. 159, Misc.  ATHERTON ET AL. *v.* UNITED STATES; and
No. 160, Misc.  EDWARDS ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.  *A. L. Wirin* and *Fred Okrand* for petitioners.  *Solicitor General Pearlman, Assistant Attorney General Campbell, John R. Benney, Robert S. Erdahl* and *Harold D. Cohen* for the United States.  Briefs of *amici curiae* supporting the petition were filed by *Arthur J. Goldberg* for the Congress of Industrial Organizations, and *Robert R. Rissman* for Warmer et al.

No. 197, Misc.  DICKEY *v.* UNITED STATES.  Court of Claims.  Certiorari denied.

No. 251, Misc.  PYEATTE *v.* BURKE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 253, Misc.  BLAND *v.* TEXAS.  Forty-sixth Judicial District Court of Hardeman County, Texas.  Certiorari denied.

No. 256, Misc.  McCANN *v.* NEW YORK STATE BOARD OF PAROLE.  Petition for writ of certiorari to the New York State Board of Parole denied.

No. 258, Misc.  HILT *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 259, Misc.  FARMER *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.